**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JESSICA DURHAM,** individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CLARITY DEBT RESOLUTION, INC. d/b/a ALLIANT SOLUTION GROUP, d/b/a RELIANT SOLUTION GROUP**, a California Corporation and **ASPIRE LAW GROUP, PLLC**, a Michigan Professional Limited Liability Company<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 3:26-cv-00111** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, a true and correct copy of the foregoing Business Entity Disclosure Statement was filed electronically using the Court's CM/ECF system, which will send notice to all counsel of record.

Dated: February 3, 2026, Respectfully submitted,

/s/ Steven Gill
Steven Gill
The Law Office of Steve Gill
TN BPR no. 009969
320 Old Hickory Blvd. #2010
Nashville, TN 37212
(615) 243-0976
Stevegilllaw40@gmail.com

*Attorneys for Plaintiff and the Putative Class*