**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| JESSICA DURHAM, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>CLARITY DEBT RESOLUTION, INC. d/b/a ALLIANT SOLUTION GROUP, d/b/a RELIANT SOLUTION GROUP, a California Corporation, and ASPIRE LAW GROUP, PLLC, a Michigan Professional Limited Liability Company,<br><br>     Defendants. | Civil Action No. 3:26-cv-00111<br><br>Hon. Aleta A. Trauger<br><br>**DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO DISMISS CLASS ACTION COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants Clarity Debt Resolution, Inc. d/b/a Alliant Solution Group d/b/a Reliant Solution Group ("Clarity") and Aspire Law Group, PLLC ("Aspire") (collectively, "Defendants"), by and through undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss with prejudice Plaintiff Jessica Durham's Class Action Complaint (ECF No. 1) for failure to state a claim upon which relief can be granted.

Plaintiff asserts a single claim for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("TCPA"). Plaintiff fails to allege sufficient facts to state a claim for direct or vicarious liability under the TCPA, as she does not plausibly connect either Defendant to the alleged calls. Additionally, the Complaint impermissibly lumps both Defendants together through an undifferentiated "campaign" theory that does not satisfy federal pleading standards. Finally, Plaintiff's own allegations further demonstrate that her connection to Defendants arose solely

through voluntary investigative callbacks, undermining any inference of harm and creating individualized issues fatal to her proposed class.

In support of this Motion, Defendants rely on their accompanying Memorandum of Law.

WHEREFORE PREMISES CONSIDERED, Defendants respectfully move the Court to dismiss this action with prejudice. In the alternative, Defendants request that the Court dismiss the class allegations. Should any claim survive, Defendants further request that the Court stay merits discovery pending resolution of any amended pleading.

Dated: April 6, 2026

Respectfully submitted,

SHIPKEVICH PLLC

Rebecca Hall Klar
521 Fifth Avenue, Suite 1700
New York, NY 10175
Tel: (212) 252-3003
Fax: (888) 568-5815
rklar@shipkevich.com
*Pro Hac Vice Admission Pending*


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

Robert F. Tom (BPR No. 26636)
First Horizon Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2159
rtom@bakerdonelson.com

/s/ Christopher J. Barrett
Christopher J. Barrett (BPR No. 32978)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203

2

Telephone: (615) 726-5646
cbarrett@bakerdonelson.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, a true and correct copy of the foregoing Motion to Dismiss was served upon all counsel of record via the Court's Electronic Filing System (CM/ECF).

/s/ *Christopher J. Barrett*

Christopher J. Barrett

Case 3:26-cv-00111    Document 17    Filed 04/06/26    Page 3 of 3 PageID #: 89