**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JESSICA DURHAM individually and on behalf   )
of all others similarly situated,   )
  )
     Plaintiff,   )
  )
v.   )     Civil No.  3:26-cv-111
  )     Judge Trauger
CLARITY DEBT RESOLUTION, INC.   )
ET AL.,   )
  )
     Defendants.   )

## ORDER

Given the pendency of a Motion to Dismiss (Doc. No. 17), it is hereby ORDERED that

the initial case management conference scheduled for May 18, 2026 is CONTINUED, to be reset,

if appropriate, following disposition of this motion.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge