**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JESSICA DURHAM,** individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CLARITY DEBT RESOLUTION, INC. d/b/a ALLIANT SOLUTION GROUP, d/b/a RELIANT SOLUTION GROUP**, a California Corporation and **ASPIRE LAW GROUP, PLLC**, a Michigan Professional Limited Liability Company<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 3:26-cv-00111** |

**<u>PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST TO VACATE DEADLINES</u>**

Plaintiff Jessica Durham, through undersigned counsel, hereby notifies the Court that the parties have reached an agreement in principle to settle this matter.

Accordingly, Plaintiff respectfully requests that the Court vacate the November 2, 2026, Initial Case Management Conference and all pending deadlines, and allow the parties thirty (30) days to finalize the settlement agreement and file the appropriate dismissal.

Dated: October 28, 2026, Respectfully submitted,


/s/ Steven Gill
Steven Gill
The Law Office of Steve Gill
TN BPR no. 009969
320 Old Hickory Blvd. #2010
Nashville, TN 37212
(615) 243-0976
Stevegilllaw40@gmail.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

/s/ Steven Gill
Steven Gill