**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JESSICA DURHAM,** individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CLARITY DEBT RESOLUTION, INC. d/b/a ALLIANT SOLUTION GROUP, d/b/a RELIANT SOLUTION GROUP**, a California Corporation and **ASPIRE LAW GROUP, PLLC**, a Michigan Professional Limited Liability Company<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 3:26-cv-00111** |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Notice of Settlement and Request to Vacate Deadlines.

Having considered the Notice, the Court finds that the requested relief is appropriate.

Accordingly, the Initial Case Management Conference scheduled for November 2, 2026, and all pending deadlines are hereby VACATED.

The parties shall have thirty (30) days from the entry of this Order to finalize their settlement agreement and file the appropriate dismissal.

IT IS SO ORDERED.

______________________________________
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE